UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MELANIE M. ROSARIO,

    Plaintiff,

v.                                                   Case No.   3:19-cv-1299-J-20JBT

UNIVERSIDAD CRISTIAN LOGOS, INC.,
DR. EDWIN R. SANCHEZ AND
REBEKAH SANCHEZ, individually,

    Defendants.

_____/

## ORDER

This matter is before this Court on a "Stipulation of Dismissal with Prejudice" (Dkt. 28).

Accordingly, it is **ORDERED**:

1. The "Stipulation of Dismissal with Prejudice" (Dkt. 28) is **GRANTED** and, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **dismissed with prejudice**, with each party to bear its own fees and attorneys' costs; and

2. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 30t̲h̲ day of September, 2020.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Zandro E. Palma, Esq.
Eric James Holshouser, Esq.
Kathryn K. Rudderman, Esq.